### PAUL VERSES *v.* ATHENA VERSES (9857)

DUPONT, C. J., O'CONNELL and LAVERY, Js.

Argued October 28—decision released November 19, 1991

*John V. Bologna,* for the appellant (plaintiff).

*Andrew P. Nemiroff,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.